IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 5:16-cv-55-FL

| | |
|---|---|
| CUSTOM DYNAMICS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING MOTION FOR |
| | ) TEMPORARY STAY OF |
| | ) PROCEEDINGS |
| SHIP COMMUNICATIONS, INC. D/B/A | ) |
| OPT7, JENBO USA, LLC, AND REX HO, | ) |
| | ) |
| Defendant. | ) |

The Court hereby GRANTS Plaintiff, Custom Dynamics LLC's motion for a stay of proceedings through July 31, 2016. No later than July 31, 2016, Plaintiff will either file a dismissal with prejudice, or provide the Court with a report on the parties' progress in completing the terms of settlement.

This the  31st  day of March, 2016.

_____
The Honorable Louise W. Flanagan
United States District Judge